IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>MAYRA FRANCO,<br><br>      Defendant. | **8:20CB9**<br><br>ORDER |

  This matter is before the court on Government's Motion to Dismiss (Filing No. 53). Government's Motion to Dismiss (Filing No. 53) is granted. This case which involves, Violation Notice 9183358-NE14, is dismissed.

  DATED this 13th day of November, 2020.

                BY THE COURT:

                s/ Susan M. Bazis
                United States Magistrate Judge